IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-60589
Conference Calendar
_____


LONELL INGRAM BARNWELL,

Plaintiff-Appellant,

versus

EDDIE LUCAS, COMMISSIONER, MISSISSIPPI
DEPARTMENT OF CORRECTIONS,

Defendant-Appellee.


- - - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Mississippi
USDC No. 4:94-CV-316-S-D
- - - - - - - - - - -
March 1, 1996
Before GARWOOD, JONES, and EMILIO M. GARZA, Circuit Judges.

PER CURIAM:[*]

Lonell Ingram Barnwell appeals the dismissal on the merits of his civil rights suit. He argues that his extended stay in administrative segregation violated his constitutional rights and that the district court's time in considering his suit was excessive. We have carefully reviewed the record and the district court's opinion. For essentially the same reasons given by the district court, we conclude that Barnwell's constitutional rights were not violated. See Barnwell v. Lucas, No. 4:94-CV-

_____

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

316-S-D (N.D. Miss. Aug. 15, 1995).  We also conclude that the district court did not abuse its discretion in controlling its docket.  See <u>Union City Barge Line, Inc. v. Union Carbide Corp.</u>, 823 F.2d 129, 135 (5th Cir. 1987).

AFFIRMED.